UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 3:24-cr-21-HES-LLL

KAMERON LEE INGRAM

### MOTION FOR CAPIAS

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for KAMERON LEE INGRAM, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney
Florida Bar No. 025790
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: john.cannizzaro@usdoj.gov