

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:24-cr-21-HES-LLL

KAMERON LEE INGRAM

_____

### UNITED STATES' NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS, AND FACTUAL BASIS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, stating as follows:

A.   **MAXIMUM PENALTIES**

The maximum penalties for the offense charged in Count One of the Indictment, possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1), are a term of imprisonment of not more than fifteen years, a fine of not more than $250,000, or both a term of imprisonment and a fine, a term of supervised release of not more than three years, and a special assessment of $100, which is due on the date of sentencing. A violation of the terms and conditions of supervised release is punishable by a maximum sentence of not more than two years of additional imprisonment as well as the possibility of an additional term of supervised release.

The Indictment also provides for forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, of all firearms and ammunition involved in or used in

the violation alleged in Count One. This provision requires the defendant to forfeit a Harrington and Richardson shotgun, serial number HY219875, which was seized from the defendant on January 21, 2024.

B. ELEMENTS OF THE OFFENSE

The elements of a violation of 18 U.S.C. § 922(g)(1), Possession of a Firearm by a Convicted Felon are:

First: The defendant knowingly possessed a firearm in or affecting interstate or foreign commerce,

Second: Before possessing the firearm, the defendant had been convicted of a felony – a crime punishable by imprisonment for more than one year, and

Third: At the time the defendant possessed the firearm, he knew he had been convicted of a felony.

C. PERSONALIZATION OF ELEMENTS

1. On or about January 21, 2024, in Duval County, in the Middle District of Florida, did you knowingly possess a firearm, that is, a Harrington and Richardson shotgun, manufactured in the State of Massachusetts?

2. Prior to possessing the firearm, had you been convicted of a felony – a crime punishable by imprisonment for more than one year?

3. When you possessed the firearm on or about January 21, 2024, did you know that you had been convicted of a felony offense?

D. FACTUAL BASIS

Jacksonville Sheriff's Office (JSO) Detectives were providing security for the North Florida Gun Show at the Jacksonville Fairgrounds on January 21, 2024.

While JSO detectives were walking around the gun show in an undercover capacity they encountered INGRAM, who was known to JSO Detectives. JSO searched law enforcement databases that revealed that INGRAM was a convicted felon.

JSO Detectives observed INGRAM walking around the gun show in possession of a shotgun. INGRAM was later observed exiting the gun show into the parking lot. Detectives were able to identify INGRAM's registered vehicle, a Chevrolet Silverado in the parking lot. INGRAM approached his truck, opened his toolbox in the bed of his truck, and placed the shotgun inside. INGRAM began driving out of the parking lot and as he was travelling on A Phillip Randolph Boulevard, a traffic stop was initiated. JSO Detectives ~~conducted~~ located the shotgun in the toolbox. INGRAM was arrested and was interviewed. After being advised of his *Miranda* rights, INGRAM admitted to purchasing the shotgun from a private dealer for $150 dollars while at the gun show. INGRAM also admitted he knew he was prohibited from the possession since he was a convicted felon. INGRAM has been convicted of the following felonies:

1. Sale of a Controlled Substance and Possession of a Controlled Substance with Intent to Sell, on or about December 8, 2020, in Case No. 2020-CF-282, Eighth Judicial Circuit Court, Baker County, Florida;

2. Possession of a Controlled Substance, on or about December 8, 2020, in Case No. 2020-CF-283, Eighth Judicial Circuit Court, Baker County Florida; and

3. Sale of a Controlled Substance and Possession of a Controlled Substance with Intent to Sell, on or about December 8, 2020, in Case No. 2020-CF-284, Eighth Judicial Circuit Court, Baker County, Florida.

The firearm that INGRAM possessed was a Harrington and Richardson shotgun. An ATF expert performed a nexus examination and determined that the firearm was manufactured in the State of Massachusetts.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney
Florida Bar No. 25790
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: john.cannizzaro@usdoj.gov

4

U.S. v. KAMERON LEE INGRAMCase No. 3:24-cr-21-HES-LLL

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kathryn E. Sheldon, Esq.

_____
JOHN CANNIZZARO
Assistant United States Attorney

5